**Fill in this information to identify the case:**

Debtor name  Horsey Denison Properties, LLC

United States Bankruptcy Court for the: _____  District of  MD
(State)

Case number (If known):  25-14106-LSS

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $ 3,466,300.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................   $ 1,792.91

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................   $ 3,468,092.91

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............   $ 2,321,766.42

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................   + $ 645,047.23

4. **Total liabilities**..........................................................................................   $ 2,966,813.65
   Lines 2 + 3a + 3b

Official Form 206Sum          Summary of Assets and Liabilities for Non-Individuals          page 1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Horsey Denison Properties, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 25-14106-LSS |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | LinkBank | checking | 4328 | $1,792.91 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $1,792.91
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor **Horsey Denison Properties, LLC**
Name

Case number *(If known)* **25-14106-LSS**

☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 8809 Oxon Hill Road., Fort Washington, MD 20744 - House with 1,780 SF living area on 43,560 SF of land | fee simple | $260,000.00 | assessment value | $343,400.00 |
| 55.2. | 15800 Sharpersville Road, Waldorf, MD 20601- Specialty Tree Farm (Golf Course) - 281.650 total acres with a rentable 17,400 SF building | fee simple | $2,018,110.55 | appraisal | $2,150,000.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor  **Horsey Denison Properties, LLC**        Case number (If known) **25-14106-LSS**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **35811 Providence Church Road., Delmar, DE 19940 - Delaware Farm - Parcel ID: 532-5.00-2.00** | fee simple | $655,791.16 | appraisal | $680,000.00 |
| 55.4. | **8901 Oxon Hill Road., Fort Washington, MD 20744 - House with 800 SF living area on 7,088 SF of land** | fee simple | $260,000.00 | assessed value | $292,900.00 |

| 56. | **Total of Part 9.** | $3,466,300.00 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) **Tax returns pending completion, which may generate NOLs** | Tax year **2024** | Unknown |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 3

Debtor   **Horsey Denison Properties, LLC**   Case number (If known) **25-14106-LSS**
         Name

| | **Potential causes of action and counterclaims against Donna Denison and Bull Run Family LLC** | **Unknown** |
|---|---|---|
| | Nature of claim | |
| | Amount requested   **Unknown** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**   **Unknown**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Debtor **Horsey Denison Properties, LLC**
Name

Case number *(If known)* **25-14106-LSS**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,792.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $3,466,300.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,792.91 | + 91b.  $3,466,300.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,468,092.91 |

**Schedule A/B**
**Part 9 - Real Property**
**Horsey Denison Properties, LLC**
**Case # 25-14106-LSS**

| | Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 1 | 15800 Sharpersville Road, Waldorf, MD 20601- Specialty Tree Farm (Golf Course) - 281.650 total acres with a rentable 17,400 SF building. | Fee Simple | $ 2,018,110.55 | Newmark Valuation & Advisory real estate appraisal dated March 15, 2022 | $ 2,150,000.00 |
| 2 | 8809 Oxon Hill Rd., Fort Washington, MD 20744 - House with 1,780 SF living area on 43,560 SF of land. | Fee Simple | $ 260,000.00 | Property tax assessed value | $ 343,400.00 |
| 3 | 8901 Oxon Hill Rd., Fort Washington, MD 20744 - House with 800 SF living area on 7,088 SF of land. | Fee Simple | $ 260,000.00 | Property tax assessed value | $ 292,900.00 |
| 4 | 35811 Providence Church Rd., Delmar, DE 19940 - Delaware Farm - Parcel ID: 532-5.00-2.00 | Fee Simple | $ 655,791.16 | AgVisory real estate appraisal dated March 27, 2021 | $ 680,000.00 |
| **Total** | | | | | **$ 3,466,300.00** |

**Note:**
Real estate appraisals for the Debtor's real estate listed in Part 9 may have been performed for secured lenders, but the Debtor does not have copies of any real estate appraisals of any of the property listed in Part 9 issued within the last year.

**Fill in this information to identify the case:**

Debtor name __Horsey Denison Properties, LLC__

United States Bankruptcy Court for the: _____   District of __Maryland__
(State)

Case number (If known): __25-14106-LSS__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.1** Creditor's name
__See attached__

Describe debtor's property that is subject to a lien
_____

$ __2,321,766.42__    $ _____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

Describe debtor's property that is subject to a lien
_____

$ _____    $ _____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ _____

**Horsey Denison Properties, LLC**
**Case # 25-14106-LSS**
**Schedule D**
**Part 1: Creditors Who Have Secured Claims**

| Line | Creditor's name | Creditor's mailing address | Date debt was incurred | Last 4 digits of account number | Do multiple creditors have an interest in the same property? | The claim is: (C) - Contingent (U) - Unliquidated (D) - Disputed | Debtor's property that is subject to a lien | Describe the lien | Is the creditor an insider or related party? | Amount of claim | Value of collateral that supports this claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | First National Bank of Pennsylvania | Attn: Legal Department 3015 Glimcher Boulevard Hermitage, PA 16148 | 10/21/2021 | 6818 | No | | 15800 Sharpersville Road, Waldorf, MD 20601- Specialty Tree Farm (Golf Course) - 281.650 total acres with a rentable 17,400 SF building. | Mortgage | No | $ 1,299,046.17 | $ 2,150,000.00 |
| 2.2 | First National Bank of Pennsylvania | Attn: Legal Department 3015 Glimcher Boulevard Hermitage, PA 16148 | 10/21/21 / 5/31/22 | 6901 | No | | - 8809 Oxon Hill Rd., Fort Washington, MD 20744 - House with 1,780 SF living area on 43,560 SF of land. - 8901 Oxon Hill Rd., Fort Washington, MD 20744 - House with 800 SF living area on 7,088 SF of land. | Mortgage | No | $ 413,425.02 | $ 636,300.00 |
| 2.3 | LinkBank (successor to Bank of Delmarva) | 2010 Fruitville Pike Lancaster, PA 17601 | 10/22/2021 | 1401 | No | | 35811 Providence Church Rd., Delmar, DE 19940 - Delaware Farm - Parcel ID: 532-5.00-2.00 | Mortgage | No | $ 609,295.23 | $ 680,000.00 |

**Total**  $ 2,321,766.42

**Part 2: List Others to Be Notifed for a Debt Already Listed in Part 1**

| Name | Address | Line |
|---|---|---|
| David V. Fontana, Esquire | Gebhardt & Smith LLP One South Street, Suite 2200 Baltimore, MD 21202 | 2.1 / 2.2 |
| Garvan F. McDaniel, Esquire | Hogan | McDaniel 1311 Delaware Avenue Wilmington, DE 19806 | 2.3 |
| Keith M. Lusby, Esquire | Gebhardt & Smith LLP One South Street, Suite 2200 Baltimore, MD 21202 | 2.1 / 2.2 |

**Notes:**
To the extent that a creditor has filed multiple claims and/or incorrectly asserted a claim(s) against an improper debtor or affiliate, the debtor reserves the right to object and reconcile claims to the proper entity

**Fill in this information to identify the case:**

Debtor      Horsey Denison Properties, LLC

United States Bankruptcy Court for the: _____   District of  Maryland
                                                                         (State)

Case number    25-14106-LSS
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>_____See attached_____<br>_____<br>_____<br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>_____<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.2** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>_____<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>_____<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |

Debtor        Horsey Denison Properties, LLC                                    Case number (*if known*)   25-14106-LSS
       *Name*

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**   **Nonpriority creditor's name and mailing address**
_____See attached_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.2**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.3**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.4**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.5**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.6**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page ___ of ___

**Horsey Denison Properties, LLC**
**Case # 25-14106-LSS**
**Schedule E/F**
**Part 2: Nonpriority unsecured creditors**

|  | Line | Creditor's name | Creditor's mailing address | Date debt was incurred | Last 4 digits of account number | The claim is:<br>(C) - Contingent<br>(U) - Unliquidated<br>(D) - Disputed | Basis for the claim | Is the claim subject to offset? | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|
| [a] | 1 | DENISON LANDSCAPING, INC. | 8911 OXON HILL RD, FORT WASHINGTON, MD 20744 | 5/31/2022 |  |  | Due to affiliate - related to Golf Course property acquisition. |  | $ 645,047.23 |

Notes:
**To the extent that a creditor has filed multiple claims and/or asserted claims against an improper debtor or affiliate, debtor reserves the right to reconcile and dispute incorrectly asserted claims.**

[a] This entity is affiliated with the debtor.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Horsey Denison Properties, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 25-14106-LSS |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Horsey Denison Properties, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 25-14106-LSS |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | David G. Horsey & Sons, Inc. | 28107 Beaver Dam Branch Road<br>Laurel, DE 19956 | LinkBank | ■ D  2.3<br>☐ E/F ___<br>☐ G ___ |
| 2.2 | David W. Horsey | 28107 Beaver Dam Branch Road<br>Laurel, DE 19956 | First National Bank of Pennsylvania | ■ D  2.2<br>☐ E/F ___<br>☐ G ___ |
| 2.3 | David W. Horsey | 28107 Beaver Dam Branch Road<br>Laurel, DE 19956 | LinkBank | ■ D  2.3<br>☐ E/F ___<br>☐ G ___ |
| 2.4 | Denison Farms, LLC | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | First National Bank of Pennsylvania | ■ D  2.2<br>☐ E/F ___<br>☐ G ___ |
| 2.5 | Denison Farms, LLC | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | LinkBank | ■ D  2.3<br>☐ E/F ___<br>☐ G ___ |

Official Form 206H                                  Schedule H: Your Codebtors                                  Page 1 of 3

| Debtor | Horsey Denison Properties, LLC | Case number *(if known)* | 25-14106-LSS |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Denison Landscaping & Nursery, Inc. | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Denison Landscaping & Nursery, Inc. | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | LinkBank | ■ D  2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Denison Landscaping, Inc. | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | First National Bank of Pennsylvania | ■ D  2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Denison Landscaping, Inc. | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | LinkBank | ■ D  2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Double H Properties 2, LLC | 28107 Beaver Dam Branch Road<br>Laurel, DE 19956 | LinkBank | ■ D  2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Horsey Denison Landscaping LLC | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | First National Bank of Pennsylvania | ■ D  2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Horsey Denison Landscaping LLC | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | LinkBank | ■ D  2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Robert E. Horsey | 28107 Beaver Dam Branch Road<br>Laurel, DE 19956 | First National Bank of Pennsylvania | ■ D  2.2<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H    Schedule H: Your Codebtors    Page 2 of 3

| Debtor | Horsey Denison Properties, LLC | Case number (if known) | 25-14106-LSS |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.14 | Robert E. Horsey | 28107 Beaver Dam Branch Road<br>Laurel, DE 19956 | LinkBank | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H  Schedule H: Your Codebtors  Page 3 of 3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Horsey Denison Properties, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 25-14106-LSS |

☐ Check if this is an amended filing

Official Form 202
## Declaration under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 25, 2025        X  /s/ Robert E. Horsey   *Robert E Horsey*
                                     Signature of individual signing on behalf of debtor

                                     Robert E. Horsey
                                     Printed name

                                     Co-Managing Member
                                     Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                         *

HORSEY DENISON PROPERTIES, LLC    *        Case No: 25-14106-LSS
                                                        (Chapter 11)
    Debtor                                 *

  *  *  *  *  *  *  *  *  *  *  *  *  *

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June 2025, notice of filing the Debtor's Statement of Financial Affairs and the Debtor's Schedules A-H (together, the "SOFA and Schedules") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list; and copies of the SOFA and Schedules were sent by electronic mail to the parties so identified on the attached service list.

                                                          /s/ Paul Sweeney
Paul Sweeney, 07072
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-5972
psweeney@yvslaw.com

Counsel for Debtors

**The following parties received a
copy of the filing by electronic mail:**

C. Andrew Barnes, Esquire
(anbarnes@whitefordlaw.com)
Counsel for Royal Sod Farms, LLC
Whiteford, Taylor & Preston LLP
7 Saint Paul Street, Suite 1500
Baltimore, Maryland  21202-1636

Benjamin J. Campbell, Esquire
(ben@contifenn.com/luca@contifenn.com)
Counsel for Donna Denison
Conti Fenn & Lawrence LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland  21201

Jill D. Caravaggio, Esquire
(jill@jill-lawoffice.net)
Counsel for SiteOne Landscape Supply
Law Office of Jill D. Caravaggio, LLC
5100 Buckeystown Pike, Suite 250
Frederick, Maqryland  21704

Zachary J. A. Coon, Esquire
(zjac@cooncolelaw.com)
Counsel for Chief Mountain Farms, LLC
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, Maryland  21093

Paul A. Fenn, Esquire
(paul@contifenn.com)
Counsel for Donna Denison
Conti Fenn & Lawrence LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland  21201

David V. Fontana, Esquire
(dfont@gebsmith.com)
Counsel for First National Bank
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland  21202

Anthony Kikendall, Esquire
(kikendalla@whiteandwilliams.com)
Counsel for Lexington National
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Eric G. Korphage, Esquire
(korphagee@whiteandwilliams.com)
Counsel for Lexington National
White and Williams LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Michael J. Lichtenstein, Esquire
(mjl@shulmanrogers.com)
Counsel for LinkBank
Shulman Rogers
12505 Park Potomac Avenue
Potomac, Maryland  20854

Keith M. Lusby, Esquire
(klusby@gebsmith.com)
Counsel for First National Bank
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland  21202

Stephen J. Malkiewicz, Esquire
(stephen.malkiewicz@cintas.com)
Counsel for Cintas Corporation
6800 Cintas Boulevard
Mason, Ohio  45040

Garry Masterson, Esquire
(gmasterson@weltman.com)
Counsel for Imperial Industrial Park, LLC
Weltman, Weinberg & Reis Co. LPA
5990 West Creek Road, Suite 200
Independence, Ohio  44131

Rebekah F. Paradis, Esquire
(rparadis@shulmanrogers.com)
Counsel for Delaware Quarries, Inc.
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland  20854

L. Jeanette Rice, Esquire
(jeanette.rice@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Marc E. Shach, Esquire
(mes@cooncolelaw.com)
Counsel for Chief Mountain Farms, LLC
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, Maryland  21093

Joel I. Sher, Esquire
(jis@shapirosher.com)
Counsel for Donna Denison
Shapiro Sher Guinot & Sandler
250 West Pratt Street, Suite 2000
Baltimore, Maryland  21201

AIS Portfolio Services, LLC
(ECFNotices@aisinfo.com)
Attn: Ford Motor Credit Company Dept.
Account: XXXX3851
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**The following parties received
CM/ECF notice of the filing:**

L. Jeanette Rice, Esquire
(jeanette.rice@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Paul Sweeney, Esquire
(psweeney@yvslaw.com)
Counsel for Debtors
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

US Trustee – Greenbelt
(ustpregion04.gb.ecf@usdoj.gov)
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770